UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-64-T-17TGW

JOSHUA WILLIAMS

**FINAL ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for the following assets, which were subject to an August 22, 2019 preliminary order of forfeiture (Doc. 92):

1. A Taurus PT24/7 Pro CDS 9mm pistol, serial number TCW20631; and

2. Approximately 15 rounds of CCI 9mm ammunition.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on August 24, 2019 and continuing through September 22, 2019. Doc. 105. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of

CASE NO. 8:18-CR-64-T-17TGW

publication. No person filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

ORDERED in Tampa, Florida, on October 25th, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

2